IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAN BUKOWSKI, | ) | |
| | ) | Case No. 2019-cv-6859 |
| Plaintiff, | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| CHICAGO MEAT AUTHORITY, INC., | ) | |
| | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

**FUKSA KHORSHID, LLC'S MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES Fuksa Khorshid, LLC ("Fuksa Khorshid"), attorneys for the Plaintiff, Jan Bukowski ("Plaintiff"), and moves this Honorable Court for leave to withdraw as counsel for the Plaintiff and in support thereof states as follows:

1. Plaintiff retained Fuksa Khorshid to represent him with respect to the subject matter of this litigation.

2. Professional reasons which have arisen since the commencement of this action now compel Fuksa Khorshid to seek leave to withdraw as counsel for Plaintiff in this matter.

3. Rule 1.16(a) of the Illinois Rules of Professional Conduct states in relevant part:

. . . a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if:

(5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

4. Circumstances exist, as contemplated in Rule 1.16(a)(5), which make continued representation of Plaintiff impossible.

1

5.       Fuksa Khorshid has duly notified Plaintiff of its intent to withdraw as counsel via multiple telephone conferences prior to the filing of this Motion. Fuksa Khorshid has also served this Motion on Plaintiff via regular U.S. mail and certified U.S. mail, return receipt requested.

6.       Pursuant to LR 83.17, Fuksa Khorshid has included a Notification of Party Contact Information with this Motion as <u>Exhibit A</u>.

7.       Fuksa Khorshid respectfully requests that all pending deadlines and discovery schedules be extended by sixty (60) days. This would ensure that Plaintiff has an adequate opportunity to retain substitute counsel and meet said deadlines in light of current events and restrictions caused by the COVID-19 pandemic.

8.  This Motion is not being brought for purposes of harassment or delay.

WHEREFORE, Fuksa Khorshid, LLC respectfully requests that this Court grant it leave withdraw as counsel for Plaintiff Jan Bukowski including withdrawal of Lucas Fuksa and Vincent Formica as counsel of record, grant Bukowski sixty (60) days to retain substitute counsel and extend all pending deadlines and discovery schedules as well by sixty (60) days, and for any further relief this Court deems equitable and just.

Dated: April 29, 2020                                        Respectfully submitted,
                                                                                FUKSA KHORSHID, LLC

*/s/Vincent P. Formica*

Lucas M. Fuksa (ARDC No. 6277498)
Vincent P. Formica (ARDC No. 6319168)
FUKSA KHORSHID, LLC
200 W. Superior, Suite 410
Chicago, IL 60654
T: 312.266.2221
F: 312.266.2224

lucas@fklawfirm.com
vince@fklawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, I served the foregoing Motion to Withdraw as Counsel to all counsel of record electronically with the United States District Court for the Northern District of Illinois, East Division via the CM/ECF system which automatically notifies all subscribed parties. I further served a copy of the foregoing Motion by sending the same to the following parties via the following methods:

    Jan Bukowski
    7713 S. Leamington Ave
    Burbank IL 60459
    *Via Certified U.S. Mail, return receipt requested*
    *Via Regular U.S. Mail, postage prepaid*

                                          FUKSA KHORSHID, LLC

                                          */s/Vincent P. Formica*