# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAN BUKOWSKI, ) | |
| ) | |
| Plaintiff, ) | Case No. 2019-cv-6859 |
| ) | |
| v. ) | Hon. Sharon Johnson Coleman |
| ) | |
| CHICAGO MEAT AUTHORITY, INC., ) | Magistrate Judge Maria Valdez |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT ON
## DISCOVERY AND SETTLEMENT PROGRESS

Plaintiff Jan Bukowski ("Plaintiff") and Defendant Chicago Meat Authority, Inc. ("Defendant") hereby submit the following Joint Status Report on Discovery and Settlement Progress pursuant to Judge Valdez's Order on June 24, 2020 [ECF No. 35]:

A. Progress of discovery:

- The parties served their Rule 26 Disclosures on March 6, 2020.

- Defendant served five Rule 45 subpoenas on Plaintiff's former employers on February 27, 2020, and served the responsive documents on Plaintiff shortly after receipt, and upon new counsel after they were assigned to the case.

- Defendant served its First Set of Interrogatories and Requests to Produce to Plaintiff on March 9, 2020. Plaintiff's responses were initially due on April 8, 2020. Based on Chief Judge Pallmeyer's three General Orders relating to COVID-19, the Court's extension of 60 days for Plaintiff to serve responses, and an extension requested by Plaintiff's counsel, Plaintiff served its written responses on September 18, 2020.

- Plaintiff served its written discovery on Defendant on March 31, 2020. Defendant's responses were initially due on April 30, 2020. Based on Chief Judge Pallmeyer's three General Orders relating to COVID-19, the Court's extension of 60 days for Plaintiff to serve responses, and an extension requested by Plaintiff's counsel to discovery due dates, Defendant's responses are now due October 12, 2020.

- Upon completion of written discovery, Defendant plans to schedule Plaintiff's deposition, and Plaintiff will schedule its needed depositions.

- Fact discovery was initially set to end on August 31, 2020. Based on Chief Judge Pallmeyer's three General Orders relating to COVID-19, fact discovery is currently set to end on November 16, 2020.

- The dispositive motion deadline was initially set for 60 days following the close of discovery.

B. <u>Settlement</u>:

- Plaintiff provided its first settlement demand on September 18, 2020. Defendant is currently considering the demand and will respond as appropriate.

- The parties will request a settlement conference if they believe it will be helpful in resolving the case more effectively, should settlement be a viable option.

September 25, 2020

Respectfully submitted,

| JAN BUKOWSKI | CHICAGO MEAT AUTHORITY, INC. |
|---|---|
| By: /s/ Michael I. Leonard (*with permission*) | By: /s/ Deborah H. Share |
| One of His Attorneys | One of Its Attorneys |
| Michael I. Leonard | Anne E. Larson |
| Rebecca S. Chacko | Deborah H. Share |
| LEONARD MEYER, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 120 N. LaSalle Street, 20th Floor | 155 N. Wacker Drive, Suite 4300 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| (312) 380-6659 | (312) 558-1220 |
| *mleonard@leonardmeyerllp.com* | *anne.larson@ogletree.com* |
| *rchacko@leonardmeyerllp.com* | *deborah.share@ogletree.com* |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |

## **CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that on September 25, 2020, she caused the foregoing *Joint Status Report on Discovery and Settlement Progress* to be filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

Michael I. Leonard
Rebecca S. Chacko
L<span style="font-variant:small-caps">EONARD</span> M<span style="font-variant:small-caps">EYER</span>, LLP
120 N. LaSalle Street, 20th Floor
Chicago, IL 60602
*Attorneys for the Plaintiff*

                /s/ Deborah H. Share

071591-000006
44288871.1