IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAN BUKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2019-cv-6859 |
| | ) | |
| v. | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| CHICAGO MEAT AUTHORITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO REINSTATE

Plaintiff Jan Bukowski ("Mr. Bukowski" or "Plaintiff") by and through his undersigned counsel, hereby submits the following Motion to Reinstate and states as follows:

1. On January 8, 2021, the parties appeared for status before the Honorable Sharon Coleman and reported that the parties had reached a settlement in the above-captioned matter (19-cv-6859).

2. Accordingly, the case was dismissed without prejudice for 30 days. The Court subsequently advised the parties that if a Motion to Reinstate the case was not filed by February 8, 2021, the dismissal would automatically convert to one with prejudice with no further action by the Court.

3. On or about January 12, 2021, counsel for Defendant provided a draft settlement agreement to Plaintiff and his counsel. At that time, Plaintiff and his counsel learned for the first time that Plaintiff's former counsel was asserting a lien over the case.

4. The discovery of former counsel's attorney's lien has created unforeseen delays in the execution of a settlement agreement. Accordingly, as of date, no settlement agreement has been executed.

5. Therefore, Plaintiff moves for an entry of an Order reinstating civil action 19-CV-6859 to provide the parties with additional time to execute a settlement agreement.

WHEREFORE, Plaintiff, by and through his undersigned counsel, respectfully moves this Court for an entry of an Order vacating the dismissal and reinstating the present action and for all other relief this Court deems necessary.

**RESPECTFULLY SUBMITTED**,

By:/s/*Michael I. Leonard*
**Counsel for Plaintiff**

**LEONARD TRIAL LAWYERS**
Michael I. Leonard
Rebecca Alexander
120 N. LaSalle Street, 20th Floor
Chicago, IL 60602
(312)380-6559 (direct)
(312)264-0671 (fax)
mleonard@leonardtriallawyers.com
ralexander@leonardtriallawyers.com

Marko Duric
Robertson Duric
20 North Wacker Drive, Suite 3710
Chicago, Illinois 60606
Marko@robertsonduric.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 8, 2021, she caused the foregoing ***Motion to Reinstate*** to be filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

Anne E. Larson
Deborah H. Share
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1253

*Attorneys for the Plaintiff*

/s/ *Rebecca Alexander*